**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RYAN SHAPIRO, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　　　　Defendant. | Civil Action No. 12-1883 (BAH) |

**ORDER**

Upon consideration of the defendant's Motion for Summary Judgment, ECF No. 12, pursuant to Federal Rule of Civil Procedure 56, the related legal memoranda in support and in opposition, the accompanying declaration, and the entire record herein, it is hereby

**ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the defendant's Motion for Summary Judgment is DENIED; and it is further

**ORDERED** that the parties shall, by October 18, 2013, file a Joint Status Report with the Court detailing the timeframe for making the requested records available to the plaintiff, Jeffrey Stein, and a schedule for any further proceedings in this case.

**SO ORDERED**

Date: September 18, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　BERYL A. HOWELL
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge