UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RYAN SHAPIRO, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. 1:12-cv-01883 (BAH) |
| DEPARTMENT OF JUSTICE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO AMEND BRIEFING SCHEDULE

On 18 September 2013 the Court denied Defendant's Motion for Summary Judgment and ordered the parties to file a Joint Status Report by 18 October 2013 "that addresses the timeframe for making the requested records available to the plaintiff and any anticipated further proceedings in this case." (Mem. Op., Dkt. #29, at 25 (filed Sept. 18, 2013).)  On 1 October 2013 the federal government shut down due to a lapse in appropriations, and Defendant filed a Motion to Stay in response to that shutdown.  On 1 October 2013 the Court granted Defendant's Motion and ordered, "The parties shall, within seven days of funding being restored, jointly file any appropriate motion to amend the schedule set forth in this Court's [30] Order of September 18, 2013."  (Min. Order (filed Oct. 1, 2013).)  Appropriations were restored on 17 October 2013. Accordingly, the parties jointly file this Motion in accordance with the Court's Order.

The parties were unable to agree on a revised schedule, and so reluctantly they offer competing proposals for the Court's consideration:

**Defendant's position:** Based on a day-for-day accounting of the days lost due to the shutdown, the Government believes that the parties' Status Report should now be due on or

before 4 November 2013.  Defendant's proposed schedule is identical to the Court's initial Order.  Defendant should not be denied its right to the full number of days the Court intended originally because of the lapse in congressional appropriations.

**Plaintiff's position:** The Court ordered Defendant to release the requested records by 18 October 2013.  Moreover, the Court's 18 September 2013 Order only set the date of 18 October 2013 as a deadline for filing a Status Report "that addresses the timeframe for making the requested records available to the plaintiff."  (Mem. Op. at 25.)  Under this Order, Defendant could conceivably *still* fail to release the records by 4 November 2013 and simply propose *at that time* a new date even farther in the future.  Given that Plaintiff believes that Court's finding regarding the releasability of the Brief Bank was explicit, simple, and unambiguous, Plaintiff asks the Court to reject Defendant's ongoing attempts to delay this case and order Defendant to *release* the Brief Bank by 30 November 2013, in addition to ordering the parties to jointly file a Status Report regarding any future briefing by 4 December 2013.

In closing, the parties respectively request that the Court accept the proposed briefing schedule proffered herein and issue a Minute Order addressing Plaintiff's request for a 30 November 2013 deadline for release of all records in their entirety.

Date:   October 24, 2013

                                                      Respectfully submitted,

| | |
|---|---|
| RONALD C. MACHEN JR.<br>United States Attorney | /s/ Kelly B. McClanahan<br>Kelly B. McClanahan, Esq.<br>D.C. Bar #984704 |
| DANIEL F. VAN HORN<br>Civil Chief | National Security Counselors<br>1200 South Courthouse Road<br>Suite 124 |
| /s/ Kenneth Adebonojo<br>KENNETH ADEBONOJO<br>Assistant United States Attorney<br>Judiciary Center Building<br>555 4th Street, NW – Civil Division<br>Washington, DC  20530<br>202-514-7157<br>Kenneth.adebonojo@usdoj.gov | Arlington, VA  22204<br>301-728-5908     240-681-2189 fax<br>Kel@NationalSecurityLaw.org<br><br>*Counsel for Plaintiff* |
| *Counsel for Defendant* | |